**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JULIUS J. CLARK, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 2:12 - 213 |
| | ) | District Judge Nora Barry Fischer |
| vs | ) | |
| | ) | |
| JOSEPH F. MAZURKIEWICZ; *ET AL.*, | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

On February 22, 2012, the above captioned case was initiated by the filing of a Petition for Writ of Habeas Corpus (ECF No. 1) and was referred to a united states magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

The magistrate judge filed a Report and Recommendation on January 3, 2013 (ECF No. 20) recommending that the Petition for Writ of Habeas Corpus be denied and that a certificate of appealability be denied.  Petitioner was served with the Report and Recommendation at his listed address and was advised that he had January 24, 2013 to file written objections to the Report and Recommendation.  No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 29th day of January, 2013:

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 20) is **ADOPTED** as the Opinion of the Court.

1

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

By the Court:

s/Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc/ecf:  Counsel of Record

Julius J. Clark
GD-2458
SCI Greensburg
165 SCI Lane
Greensburg, PA 15601-9103